■ SYED KARIEM HASNAIN et al., Appellants, v STATE OF NEW YORK, Respondent. (Appeal No. 2.) (Claim No. 77400.)—Judgment unanimously affirmed without costs. Same Memorandum as in Galuski v State of New York, 188 AD2d 1006 [decided herewith]). (Appeal from Judgment of Court of Claims, Margolis, Israel, J.—Negligence.) Present—Denman, P. J., Pine, Balio, Fallon and Davis, JJ.

■ JAMES MILEA, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 75328.)—Judgment unanimously affirmed without costs for reasons stated at Court of Claims, NeMoyer, J. (Appeal from Judgment of Court of Claims, NeMoyer, J.—Negligence.) Present—Denman, P. J., Pine, Balio, Fallon and Davis, JJ.

■ ESTATE OF BERNARD P. BIRNBAUM, Deceased, Respondent-Appellant, v STATE OF NEW YORK, Appellant-Respondent. (Claim No. 78267.)—Judgment unanimously affirmed without costs for reasons stated in decision at Court of Claims, Quigley, J. (Appeals from Judgment of Court of Claims, Quigley, J.—Appropriation.) Present—Denman, P. J., Pine, Balio, Fallon and Davis, JJ.